# United States Court of Appeals
# for the Fifth Circuit

---

No. 25-40045
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
September 11, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Kristopher Santos,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:22-CR-1388-1

---

Before Elrod, *Chief Judge*, and Higginson, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Kristopher Santos has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Santos has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-40045

assessment that the appeal presents no nonfrivolous issue for appellate review.    Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.